B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>DISTRICT OF MARYLAND<br>GREENBELT DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Solena Fuels Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **45-4985650** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**9210 Corporate Blvd<br>Suite 150<br>Rockville, MD**    ZIP CODE **20850** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**MONTGOMERY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Solena Fuels Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                                    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☒  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>        ☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>        ☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s):   **Solena Fuels Corporation** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Steven H. Greenfield**
_____
   **Steven H. Greenfield**                    Bar No. **06744**

**Cohen, Baldinger & Greenfield, LLC**
**2600 Tower Oaks Blvd.**
**Suite 103**
**Rockville, MD 20852**

Phone No.**(301) 881-8300**        Fax No.**(301) 881-8350**

10/16/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Solena Fuels Corporation**

X  **/s/ Brian C. Miloski**
_____
Signature of Authorized Individual

   **Brian C. Miloski**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

10/16/2015
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

IN RE:   **Solena Fuels Corporation**

Case No.

Chapter   **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SGNA, LLC<br>c/o Hawkes Financial LLC<br>Attn. Aryeh Davis<br>77 Bedford Road<br>Katonah, NY 10536 | | Business Debt | | **$1,001,997.32**<br><br>**Value: $0.00** |
| EC Harris<br>ECHQ, 34 York Way<br>London  NI 9AB<br>United Kingdom | | Business Debt | | **$942,061.47** |
| ALQIMI GE&F Holdings, LLC<br>c/o ALQIMI Group<br>Attn. Joseph Carlin<br>9210 Corporate Blvd. Ste. 150<br>Rockville, MD 20850 | | Business Debt | | **$397,771.30**<br><br>**Value: $0.00** |
| Norton Rose Fulbright LLC<br>3 More London Riverside<br>London SE1 2AQ<br>UNITED KINGDOM | | Business Debt | | **$341,431.00** |
| Esler & Cmpany Limited<br>c/o Lonsin Capital<br>15 Bolton Street<br>London W1J 8BG<br>United Kingdom | | Business Debt | | **$249,750.00**<br><br>**Value: $0.00** |
| Fluor Enterprises Inc.<br>3 Polaris Way<br>Aliso Viejo, CA 92698 | | Business Debt | | **$218,506.10** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:   **Solena Fuels Corporation**

Case No.

Chapter   **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Seyforth Shaw LLP<br>975 F Street NW<br>Washingtlon, DC 20004 | | Business Debt | | **$175,187.68** |
| British Airways PLC<br>Waterside  PO Box 365<br>Harmondsworth,UB7 0GB<br>United Kingdom | | Business Debt | | **$152,000.00** |
| Barclays Capital PLC<br>5 The North Colonnade<br>Canary Wharf<br>London,  E14 4BB<br>United Kingdom | | Business Debt | | **$152,000.00** |
| Carlisle Investments Inc.<br>c/o Lonsin Capital<br>15 Bolton Street<br>London W1J 8BG<br>United Kingdom | | Business Debt | | **$149,850.00**<br><br>**Value: $0.00** |
| Crystal Vision Energy Limited<br>Unit 3201, 52F<br>148 Electric Road<br>HONG KONG | | Business Debt | | **$146,144.23** |
| GA Development LLC<br>Attn. Avi Hoffer<br>8230 Ritchie Highway<br>Pasadena, MD 21122 | | Business Debt | | **$136,863.00**<br><br>**Value: $0.00** |
| Floor Mill Georgetown LLC<br>1000 Potomac Street, NW<br>Washington, DC 20007 | | Business Debt | | **$105,401.35** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:  **Solena Fuels Corporation**                                   Case No.

Chapter    **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Greenfuel Technology, LLC<br>c/o GTS Group<br>Attn.  Richard Wenzel<br>23020 Eaglewood Court, Ste. 400<br>Sterling, VA 20166 | | Business Debt | | **$92,507.40**<br><br>**Value: $0.00** |
| SFI Investors LLC<br>Attn. Robert Do<br>10600 Red Barn Lane<br>Potomac, MD 20850 | | Business Debt | | **$60,814.66**<br><br>**Value: $0.00** |
| Samer & Co. Shipping, S.P. A.<br>Piazza dell'Unuta D'Italia, 7<br>Attn, Erico Samer<br>34121 Trieste, Italy | | Business Debt | | **$49,950.00**<br><br>**Value: $0.00** |
| FTI Consulting, Inc.<br>Attn. Matthew Bacsardi<br>2 Hamill Road, North Building<br>Baltimore, MD 21210 | | Business Debt | | **$45,000.00** |
| AECOM Limited<br>AECOM House<br>63-77 Victoria Street<br>St. Albans Herts AL1 3ER<br>United Kingdom | | Business Debt | | **$44,208.29** |
| DLA Piper<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600 | | Business Debt | | **$40,250.28** |
| Fluor Limited<br>140 Pinehurst Road<br>Farnborough GU14 7BF<br>United Kingdom | | Business Debt | | **$38,310.06** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:   **Solena Fuels Corporation**                                   Case No.

                                                                          Chapter      **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**10/16/2015**_____        Signature:__**/s/ Brian C. Miloski**_____
                                                                     ***Brian C. Miloski***
                                                                     **President**

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

In re **Solena Fuels Corporation**                            Case No.

                                                              Chapter       **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 5 | $35,344.34 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $2,170,472.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $3,396.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $2,642,509.33 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 20 | $35,344.34 | $4,816,378.55 | |

B6D (Official Form 6D) (12/07)

In re  **Solena Fuels Corporation**                                    Case No. _____

                                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**ALQIMI GE&F Holdings, LLC**<br>**c/o ALQIMI Group**<br>**Attn. Joseph Carlin**<br>**9210 Corporate Blvd. Ste. 150**<br>**Rockville, MD 20850** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$397,771.30** | **$397,771.30** |
| ACCT #:<br><br>**Carlisle Investments Inc.**<br>**c/o Lonsin Capital**<br>**15 Bolton Street**<br>**London W1J 8BG**<br>**United Kingdom** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$149,850.00** | **$149,850.00** |
| ACCT #:<br><br>**Esler & Cmpany Limited**<br>**c/o Lonsin Capital**<br>**15 Bolton Street**<br>**London W1J 8BG**<br>**United Kingdom** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$249,750.00** | **$249,750.00** |
| ACCT #:<br><br>**GA Development LLC**<br>**Attn. Avi Hoffer**<br>**8230 Ritchie Highway**<br>**Pasadena, MD 21122** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$136,863.00** | **$136,863.00** |
| | | Subtotal (Total of this Page) > | | | | **$934,234.30** | **$934,234.30** |
| | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Solena Fuels Corporation**                              Case No. _____

                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Greenfuel Technology, LLC**<br>**c/o GTS Group**<br>**Attn.  Richard Wenzel**<br>**23020 Eaglewood Court, Ste. 400**<br>**Sterling, VA 20166** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $92,507.40 | $92,507.40 |
| ACCT #:<br>**Samer & Co. Shipping, S.P. A.**<br>**Piazza dell'Unuta D'Italia, 7**<br>**Attn, Erico Samer**<br>**34121 Trieste, Italy** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $49,950.00 | $49,950.00 |
| ACCT #:<br>**SFI Investors LLC**<br>**Attn. Robert Do**<br>**10600 Red Barn Lane**<br>**Potomac, MD 20850** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $60,814.66 | $60,814.66 |
| ACCT #:<br>**SGNA, LLC**<br>**c/o Hawkes Financial LLC**<br>**Attn. Aryeh Davis**<br>**77 Bedford Road**<br>**Katonah, NY 10536** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $1,001,997.32 | $1,001,997.32 |

Sheet no. ____1____ of ____2____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$1,205,269.38**    **$1,205,269.38**

Total (Use only on last page) >

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Solena Fuels Corporation**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**SIELTE, S.P.A.**<br>**Via Valle di Perna, 1**<br>**Attn. Alfio Turrisi**<br>**00128- Roma, Italia** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | $30,969.00 | $30,969.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $30,969.00 | $30,969.00 |
| Total (Use only on last page) > | $2,170,472.68 | $2,170,472.68 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **Solena Fuels Corporation**                                    Case No. _____
                                                                                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*_Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Solena Fuels Corporation**                                    Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Office of Tax and Revenue**<br>**1101 4sth Street, SW**<br>**Washington, DC 20044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**The Delaware Department of State**<br>**Division of Corporations**<br>**PO Box 898**<br>**Dover, DE 19903** | | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Franchise Tax**<br>REMARKS: | | | | **$3,396.54** | **$3,396.54** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$3,396.54** | **$3,396.54** | **$0.00** |

Total > **$3,396.54**

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

Totals > **$3,396.54** **$0.00**

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re **Solena Fuels Corporation**　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AECOM Limited<br>AECOM House<br>63-77 Victoria Street<br>St. Albans Herts AL1 3ER<br>United Kingdom** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $44,208.29 |
| ACCT #:  **xx-xxx6824**<br>**American Business Appraisers, LLP<br>3800 Blackhawk Road<br>Suite 140<br>Danville, CA 94506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $562.50 |
| ACCT #:<br>**Aryeh Davis<br>Four Copperbeech Lane<br>Lawrence, NY 11559** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:  **Unreimbursed Expense/ Board Travel** | | | | $1,081.02 |
| ACCT #:<br>**Barclays Capital PLC<br>5 The North Colonnade<br>Canary Wharf<br>London,  E14 4BB<br>United Kingdom** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $152,000.00 |
| ACCT #:  **xxx6174**<br>**BDO<br>8405 Greenboro Drive<br>Suite 700<br>McLean, VA 22102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $22,700.00 |
| ACCT #:<br>**Blue Cross Blue Sheild<br>840 1st Street, NE<br>Washington, DC 20065** | | DATE INCURRED:  **3/2015**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $11,996.77 |
| | | | | | Subtotal > | $232,548.58 |
| | | | | | Total >  (Use only on last page of the completed Schedule F.)  (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**6**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Solena Fuels Corporation**                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Brian Miloski** <br> **1964 Crescent Park Drive** <br> **Reston, VA 20190** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$27,692.28** |
| ACCT #: <br> **British Airways PLC** <br> **Waterside  PO Box 365** <br> **Harmondsworth,UB7 0GB** <br> **United Kingdom** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$152,000.00** |
| ACCT #: <br> **CC Solutions** <br> **75 Grandview Blvd** <br> **Yonkers, NY 10710** | | DATE INCURRED:  **2013** <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$3,012.50** |
| ACCT #: <br> **Comcast Cable Communications** <br> **PO Box 3006** <br> **Southeastern, PA 19398-3006** | | DATE INCURRED:  **2015** <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$2,410.16** |
| **Representing:** <br> **Comcast Cable Communications** | | **Credit Protection Association LP** <br> **13355 Noel Road** <br> **Dallas, TX 75240** | | | | **Notice Only** |
| ACCT #:  **xxx7446** <br> **Corporation Service Company** <br> **2711 Centerville Road** <br> **Suite 400** <br> **Wilmington, DE 19808** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$796.00** |

Sheet no. ____1____ of ____6____ continuation sheets attached to                                    Subtotal >          **$185,910.94**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                     Total >
                                                          (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Solena Fuels Corporation**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CPA Global Limited**<br>**Liberation House**<br>**Castle Street, St. Helier**<br>**Jersey JE1 1B2**<br>**United Kingdom** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$16,758.00** |
| ACCT #:<br>**Crystal Vision Energy Limited**<br>**Unit 3201, 52F**<br>**148 Electric Road**<br>**HONG KONG** | **X** | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$146,144.23** |
| ACCT #:<br>**David Lyle**<br>**15 Cleerebrook Place**<br>**The Woodlands, TX 77382** | | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**DLA Piper**<br>**6225 Smith Avenue**<br>**Baltimore, MD 21209-3600** | | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$40,250.28** |
| ACCT #:<br>**EC Harris**<br>**ECHQ, 34 York Way**<br>**London  NI 9AB**<br>**United Kingdom** | **X** | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$942,061.47** |
| ACCT #:<br>**Ecology Solutions Ltd**<br>**Crossways House, The Square**<br>**Stow on the Wold**<br>**Cheltenham GL54 1AB**<br>**United Kingdom** | **X** | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$29,689.87** |

Sheet no. ____**2**____ of ____**6**____ continuation sheets attached to                    Subtotal >    **$1,174,903.85**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                    (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Solena Fuels Corporation**                               Case No. _____
                                                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Floor Mill Georgetown LLC**<br>**1000 Potomac Street, NW**<br>**Washington, DC 20007** | | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $105,401.35 |
| ACCT #:<br>**Fluor Enterprises Inc.**<br>**3 Polaris Way**<br>**Aliso Viejo, CA 92698** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $218,506.10 |
| ACCT #:<br>**Fluor Limited**<br>**140 Pinehurst Road**<br>**Farnborough GU14 7BF**<br>**United Kingdom** | X | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $22,113.00 |
| ACCT #:<br>**Fluor Limited**<br>**140 Pinehurst Road**<br>**Farnborough GU14 7BF**<br>**United Kingdom** | X | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $38,310.06 |
| ACCT #:<br>**Ford Harrison LLP**<br>**1300 19th Street, NW**<br>**Suite 300**<br>**Washington, DC 20036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $3,500.00 |
| ACCT #:<br>**FTI Consulting, Inc.**<br>**Attn. Matthew Bacsardi**<br>**2 Hamill Road, North Building**<br>**Baltimore, MD 21210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $45,000.00 |

Sheet no. ____3____ of ____6____ continuation sheets attached to                    **Subtotal >**            $432,830.51

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Solena Fuels Corporation**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Greenfuel Technology, LLC**<br>**23020 Eaglewood Court**<br>**Suite 400**<br>**Sterling, VA  20166** | | DATE INCURRED:  **5/20015**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $8,574.22 |
| ACCT #:<br>**Honeywell Process Solutions**<br>**3079 Premier Pkway**<br>**Suite 100**<br>**Duluth, GA 30097** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $13,580.91 |
| ACCT #:  **xxxxxx4057**<br>**LEIDOS**<br>**835 Kolding Avenue**<br>**Solang, CA 93463** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $21,691.22 |
| ACCT #:  **8843**<br>**MGA Consultants, Inc**<br>**6031 University Blvd.**<br>**Suite 300**<br>**Ellicot City, MD 21043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,140.00 |
| ACCT #:<br>**Norton Rose Fulbright LLC**<br>**3 More London Riverside**<br>**London SE1 2AQ**<br>**UNITED KINGDOM** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $341,431.00 |
| ACCT #:  **x3797**<br>**Novak Druce Connolly Bove & Quigg, LLP**<br>**1007 N. Orange Street**<br>**Ninth Floor**<br>**Wilimington, DE 19801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $12,259.47 |

Sheet no. ___4___ of ___6___ continuation sheets attached to      **Subtotal >**   $399,676.82
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Solena Fuels Corporation**                                    Case No. _____

                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx2203**<br>**Patton Boggs**<br>**2550 M Street, NW**<br>**Washington, DC 20057** | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $8,592.63 |
| ACCT #:  **52**<br>**Phoenix Solutions Co.**<br>**3327 Winpark Drive**<br>**Minneapolis, MN 55427** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $15,255.00 |
| ACCT #:<br>**Procetech**<br>**4 Chemin de l'Église,**<br>**78490 Bazoches-sur-Guyonne**<br>**FRANCE** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $7,056.00 |
| ACCT #:<br>**Reaction Engineering International**<br>**746 E. winchester Street**<br>**Suite 120**<br>**Murray, UT 84107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $4,065.00 |
| ACCT #:<br>**Seyforth Shaw LLP**<br>**975 F Street NW**<br>**Washingtlon, DC 20004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $175,187.68 |
| ACCT #:<br>**TML Copiers**<br>**9700 Capital Court, #201**<br>**Manassas, VA 20110** | | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $686.32 |

Sheet no. _____**5**_____ of _____**6**_____ continuation sheets attached to            **Subtotal >**            **$210,842.63**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   **Total >**
                                                **(Use only on last page of the completed Schedule F.)**
                                                **(Report also on Summary of Schedules and, if applicable, on the**
                                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Solena Fuels Corporation**                                    Case No. _____
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Velocys**<br>**115e Olympic Avenue**<br>**Abingdon OX14 4SA**<br>**United Kingdom** | | DATE INCURRED: **11/2014**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $5,796.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____6____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $5,796.00 |
| Total > | $2,642,509.33 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Solena Fuels Corporation**                                        Case No.  _____

                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ ***President*** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **13** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **10/16/2015** _____          Signature _____ **/s/ Brian C. Miloski** _____

                                                                         ***Brian C. Miloski***
                                                                         ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:    **Solena Fuels Corporation**                                          CASE NO

                                                                                                CHAPTER    **7**

## <u>VERIFICATION OF MAILING LIST</u>

       In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

   [  ] is the first mailing list filed in this case.

   [  ] adds entities not listed on previously filed mailing list(s).

   [  ] changes or corrects names and address on previously filed mailing lists.


Date  _10/16/2015_____                    Signature  _/s/ Brian C. Miloski_____
                                                                                                 ***Brian C. Miloski***
                                                                                                 ***President***


Date _____                          Signature _____

AECOM Limited
AECOM House
63-77 Victoria Street
St. Albans Herts AL1 3ER
United Kingdom

ALQIMI GE&F Holdings, LLC
c/o ALQIMI Group
Attn. Joseph Carlin
9210 Corporate Blvd. Ste. 150
Rockville, MD 20850

American Business Appraisers, LLP
3800 Blackhawk Road
Suite 140
Danville, CA 94506


Aryeh Davis
Four Copperbeech Lane
Lawrence, NY 11559


Barclays Capital PLC
5 The North Colonnade
Canary Wharf
London,  E14 4BB
United Kingdom

BDO
8405 Greenboro Drive
Suite 700
McLean, VA 22102


Blue Cross Blue Sheild
840 1st Street, NE
Washington, DC 20065


Brian Miloski
1964 Crescent Park Drive
Reston, VA 20190


British Airways PLC
Waterside  PO Box 365
Harmondsworth,UB7 0GB
United Kingdom

Carlisle Investments Inc.
c/o Lonsin Capital
15 Bolton Street
London W1J 8BG
United Kingdom

CC Solutions
75 Grandview Blvd
Yonkers, NY 10710

Comcast Cable Communications
PO Box 3006
Southeastern, PA 19398-3006

Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

CPA Global Limited
Liberation House
Castle Street, St. Helier
Jersey JE1 1B2
United Kingdom

Credit Protection Association LP
13355 Noel Road
Dallas, TX 75240

Crystal Vision Energy Limited
Unit 3201, 52F
148 Electric Road
HONG KONG

David Lyle
15 Cleerebrook Place
The Woodlands, TX 77382

DLA Piper
6225 Smith Avenue
Baltimore, MD 21209-3600

EC Harris
ECHQ, 34 York Way
London  NI 9AB
United Kingdom


Ecology Solutions Ltd
Crossways House, The Square
Stow on the Wold
Cheltenham GL54 1AB
United Kingdom

Esler & Cmpany Limited
c/o Lonsin Capital
15 Bolton Street
London W1J 8BG
United Kingdom

Floor Mill Georgetown LLC
1000 Potomac Street, NW
Washington, DC 20007


Fluor Enterprises Inc.
3 Polaris Way
Aliso Viejo, CA 92698


Fluor Limited
140 Pinehurst Road
Farnborough GU14 7BF
United Kingdom


Ford Harrison LLP
1300 19th Street, NW
Suite 300
Washington, DC 20036


FTI Consulting, Inc.
Attn. Matthew Bacsardi
2 Hamill Road, North Building
Baltimore, MD 21210


GA Development LLC
Attn. Avi Hoffer
8230 Ritchie Highway
Pasadena, MD 21122

```
Great Sky Investments Limited
3 More London Riverside
SE1 2AQ
LONDON


Greenfuel Technology, LLC
23020 Eaglewood Court
Suite 400
Sterling, VA  20166


Greenfuel Technology, LLC
c/o GTS Group
Attn.  Richard Wenzel
23020 Eaglewood Court, Ste. 400
Sterling, VA 20166

Honeywell Process Solutions
3079 Premier Pkway
Suite 100
Duluth, GA 30097


LEIDOS
835 Kolding Avenue
Solang, CA 93463



MGA Consultants, Inc
6031 University Blvd.
Suite 300
Ellicot City, MD 21043


Norton Rose Fulbright LLC
3 More London Riverside
London SE1 2AQ
UNITED KINGDOM


Novak Druce Connolly Bove & Quigg, LLP
1007 N. Orange Street
Ninth Floor
Wilimington, DE 19801


Office of Tax and Revenue
1101 4sth Street, SW
Washington, DC 20044
```

Patton Boggs
2550 M Street, NW
Washington, DC 20057


Phoenix Solutions Co.
3327 Winpark Drive
Minneapolis, MN 55427


Procetech
4 Chemin de l'Église,
78490 Bazoches-sur-Guyonne
FRANCE


Reaction Engineering International
746 E. winchester Street
Suite 120
Murray, UT 84107


Samer & Co. Shipping, S.P. A.
Piazza dell'Unuta D'Italia, 7
Attn, Erico Samer
34121 Trieste, Italy


Seyforth Shaw LLP
975 F Street NW
Washingtlon, DC 20004


SFI Investors LLC
Attn. Robert Do
10600 Red Barn Lane
Potomac, MD 20850


SGNA, LLC
c/o Hawkes Financial LLC
Attn. Aryeh Davis
77 Bedford Road
Katonah, NY 10536


SIELTE, S.P.A.
Via Valle di Perna, 1
Attn. Alfio Turrisi
00128- Roma, Italia

The Delaware Department of State
Division of Corporations
PO Box 898
Dover, DE 19903


TML Copiers
9700 Capital Court, #201
Manassas, VA 20110


Velocys
115e Olympic Avenue
Abingdon OX14 4SA
United Kingdom