B6A (Official Form 6A) (12/07)

In re **Solena Fuels Corporation**                Case No.    <u>15-24430</u>
                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Solena Fuels Corporation**          Case No.   **15-24430**
                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | SunTrust Bank Checking Acct. | | $238.36 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Scottsdale Indemnity -D&O Policy (No value) | | $1.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Solena Fuels Corporation**                                  Case No.  **15-24430** _____
                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Green Sky Investments Limited; England & Wales; Solena owns 100% (Undetermined value) | | $0.00 |
| | | Solena Berling Gmbh; Solena owns 100%; located in Germany, (Undetermined value) | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Robert T. Do Promissory Note | | $24,559.34 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Solena Fuels Corporation**                                              Case No.    **15-24430**

                                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Potential claim against Robert Do and SGI, Inc (Undetermined value) | | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Various Patents (See Attached) (Undetermined value) | | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | License Agreement w/SGI, Inc. plus Trade Secrets (Undetermined value) | | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Solena Fuels Corporation**                                    Case No.  **15-24430** _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 13 Office Phones, 6 Computer Monitors, 1 Desktop Computer, 2 Projectors | | $280.00 |
| | | 30 Black desk chairs, 10 Office tables, 1 Large black conference table, 1 Narrow black table, 1 Low black table, 1 Large work station table for 6 people, 4 Grey metal cabinets, 1 double cabinet, 1 single cabinet, 1- 5 drawer black metal filing cabinet, 1- 5 drawer grey metal filing cabinet, 1-2 drawer black metal filing cabinet, 1-4 drawer brownish filing cabinet, 8 2 drawer Small under desk metal fiing cabinets, 2 White couch chairs with 3 small side tables, 1 Long grey couch seater, 3 white boards, 1 shedder and 1 copy machine ao;og cabomet | | $10,505.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Solena Fuels Corporation**                                        Case No.   **15-24430**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | Technology Process Model (Undetermined value) | | $0.00 |
| | | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**   **$35,583.70**

B6C (Official Form 6C) (4/13)

In re  **Solena Fuels Corporation**                                    Case No.  **15-24430**
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6G (Official Form 6G) (12/07)

In re  **Solena Fuels Corporation**                                 Case No.  __15-24430__
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Floor Mill Georgetown LLC**<br>1000 Potomac Street, NW<br>Washington, DC 20007 | Office Lease 07/01/14 to 7/01/19<br>Monthly rental 13,834.08 |

B6H (Official Form 6H) (12/07)

In re  **Solena Fuels Corporation**                                    Case No.   **15-24430**
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **Crystal Vision Energy Limited**<br>Unit 3201, 52F<br>148 Electric Road<br>HONG KONG |
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **EC Harris**<br>ECHQ, 34 York Way<br>London  NI 9AB<br>United Kingdom |
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **AECOM Limited**<br>63-77 Victoria Street<br>St. Albans Herts AL1 3ER<br>UNITED KINGDOM |
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **Ecology Solutions Ltd**<br>Crossways House, The Square<br>Stow on the Wold<br>Cheltenham GL54 1AB<br>United Kingdom |
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **Fluor Limited**<br>140 Pinehurst Road<br>Farnborough GU14 7BF<br>United Kingdom |
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **Fluor Limited**<br>140 Pinehurst Road<br>Farnborough GU14 7BF<br>United Kingdom |
| **Green Sky Investments Limited**<br>3 More London Riverside<br>SE1 2AQ<br>LONDON | **Norton Rose Fulbright LLC**<br>3 More London Riverside<br>London SE1 2AQ<br>UNITED KINGDOM |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re  **Solena Fuels Corporation**    Case No.  **15-24430**

Chapter  **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $35,583.70 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $2,170,472.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $3,396.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 7 | | $2,721,991.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 20 | $35,583.70 | $4,895,860.66 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Solena Fuels Corporation**                                      Case No.    <u>**15-24430**</u>

                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *President* _____ of the _____ **Corporation** _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ **10** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  <u>**10/30/2015**</u>                        Signature  <u>**/s/ Brian C. Miloski**</u>

                                                                           ***Brian C. Miloski***
                                                                           ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*