UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SOLENA FUELS CORPORATION, | : | Case No. 15-24430-WIL |
| | : | Chapter 7 |
| Debtor. | : | |
| _____ | : | |

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors has been rescheduled from November 25, 2015 to December 2, 2015 at 1:00p.m. The meeting will be held at the Office of the United States Trustee, Suite 620-621, 6305 Ivy Lane, Greenbelt, Maryland 20770.

Respectfully submitted,

COHEN BALDINGER & GREENFELD, L.L.C.

By:/s/ *Steven H. Greenfeld*
    Steven H. Greenfeld
    Suite 103
    2600 Tower Oaks Boulevard
    Rockville, MD   20852
    (301) 881-8300
        Counsel for Debtor-in-Possession

### CERTIFICATE OF SERVICE

I hereby certify on this 12th day of November 2015, a copy of the foregoing Notice was mailed, or served electronically via the Court's CCM/ECF system, to the Debtor, Chapter 7 trustee and the United States Trustee, and all creditors and parties in interest in the above case, per the mailing matrix, a copy of which is attached hereto and made a part hereof.

Date:   November 12, 2015        /s/ *Steven H. Greenfeld*
                                              Steven H. Greenfeld