IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SOLENA FUELS CORPORATION | : | Case No. 15-24430-WIL |
| | : | (Chapter 7) |
| Debtor | : | |

ORDER APPOINTING ATTORNEY FOR CHAPTER 7 TRUSTEE

Upon the Application of the Chapter 7 Trustee to Employ Gary A. Rosen and Gary A. Rosen, Chartered, to act as attorney for the Estate, and upon consideration of the Declaration of Gary A. Rosen in support thereof, and it appearing that Gary A. Rosen and Gary A. Rosen, Chartered are "disinterested persons" and that their employment is in the best interest of the Estate and the economical administration thereof, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that Gary A. Rosen, the Chapter 7 Trustee herein, is authorized to employ Gary A. Rosen and Gary A. Rosen, Chartered to act as attorneys for the Chapter 7 Trustee and the Estate with compensation to be paid in such amounts as may be allowed by the Court upon proper application thereof and approval thereon.

Copies to:

Gary A. Rosen, Esquire
Steven H. Greenfeld, Esquire

**END OF ORDER**