**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | Case No. 15-24430-WIL |
| | * | (Chapter 7) |
| SOLENA FUELS CORPORATION | * | |
| | * | |
| Debtor. | * | |

*******************************************************************************

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER**
**APPROVING A PROPOSED SALE AND SETTLEMENT AGREEMENT**

UPON CONSIDERATION of the Motion for Entry of an Order Approving a Proposed Sale and Settlement Agreement (the "Motion"),[1] filed by Gary A. Rosen, Chapter 7 trustee for the bankruptcy estate of Solena Fuels Corporation (the "Trustee"), it appearing that all required notice of the Motion has been given and that no further opportunity for notice or hearing is required or warranted, it further appearing that no objection has been timely filed to the Motion, and that good cause has been shown for granting the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED,** that the Settlement Agreement attached as Exhibit A to the Motion is **APPROVED** in all respects; and it is further

---

[1] All defined terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, the Trustee is authorized to sell and assign the claims identified in the complaint (the "Complaint") filed on November 30, 2017, in the above captioned case as an adversary proceeding [Adv. Proc. No: 17-000471] (the "Adversary Proceeding"), and any related claims and amended claims as may be allowed, free and clear of liens, claims, and interests, including counterclaims and rights of set-off, if any, to Rajeev Sharma, Aryeh Davis, Avi Hoffer, Richard Wenzel, Brian Miloski, Joseph Carlin, Richard Cohen, Arthur Samberg, GreenFuel Technology LLC, Acadia Woods Partners, LLC, Samberg Family Foundation, Inc., SGNA LLC, GA Development, LLC, SAN Development Company, LLC, ZLC Investments, LLC, ALQIMI GE&F Holdings, LLC, and ALQIMI Technology Solutions, Inc. (collectively, the "Purchasers"); and it is further

**ORDERED**, that the Purchasers shall be substituted as the plaintiff named in the Adversary Proceeding with all rights of enforcement and prosecution of the claims identified therein; and it is further

**ORDERED**, that the Trustee (on behalf of the estate) and the Purchasers are authorized to fully release and waive all claims, known and unknown, against one another (but expressly excluding any claims against Dr. Robert T. Do, and other officers, directors, shareholders, members, partners, principals, managers, employees, agents, accountants, attorneys, insurers, representatives, administrators, beneficiaries, affiliates, and subsidiaries other than the Purchasers, the Trustee, and the bankruptcy estate); and it is further

**ORDERED**, that the Purchasers shall pay, and the Trustee is authorized to receive, the sum of $150,000 (the "Settlement Sum"), which shall be transferred by the Purchasers to the Trustee within two days of entry of this order; and it is further

**ORDERED**, that the Purchasers shall reimburse the Trustee and the bankruptcy estate for any and all reasonable, necessary, and agreed upon attorneys' fees and expenses incurred in

connection with the Complaint (or the Adversary Proceeding in which the Complaint was filed or other related proceeding) on or after December 1, 2017; and it is further

**ORDERED**, that the Purchasers shall waive and release the right to receive the distribution of any portion of the Settlement Sum; and it is further

**ORDERED**, that the Trustee is authorized to take actions reasonably necessary to effectuate the terms of the Settlement Agreement described in the Motion.

Copies:
Paul Sweeney, Esquire
Mark Sosnowsky, Esquire

**\*\* END OF ORDER \*\***