United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 15-24430-WIL
Solena Fuels Corporation                                                  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0          User: rhegerle          Page 1 of 1          Date Rcvd: Mar 05, 2018
                              Form ID: pdfparty       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.
db              +Solena Fuels Corporation,   9210 Corporate Blvd,   Suite 150,   Rockville, MD 20850-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:
     Gary A. Rosen    trusteerosen@gmail.com, md40@ecfcbis.com,grosen@garyrosenchartered.com
     Jonathan Lawrence Gold    jlgold@michaelbest.com, dykim@michaelbest.com
     Paul Sweeney    psweeney@yvslaw.com, jschraf@yvslaw.com,jvidmar@yvslaw.com,jbeckman@yvslaw.com,
      cdonohue@yvslaw.com,yvslawcmecf@gmail.com
     Steven H Greenfeld    trusteegreen@cohenbaldinger.com, sgreenfeld@ecf.epiqsystems.com
     Steven H. Greenfeld    steveng@cohenbaldinger.com
     William David Day    day@gillandsippel.com, day@williamdaylaw.com
                                                                                                   TOTAL: 6



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| SOLENA FUELS CORPORATION | * | Case No. 15-24430-WIL |
| | | (Chapter 7) |
| Debtor. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER
### APPROVING A PROPOSED SALE AND SETTLEMENT AGREEMENT

UPON CONSIDERATION of the Motion for Entry of an Order Approving a Proposed Sale and Settlement Agreement (the "Motion"),[1] filed by Gary A. Rosen, Chapter 7 trustee for the bankruptcy estate of Solena Fuels Corporation (the "Trustee"), it appearing that all required notice of the Motion has been given and that no further opportunity for notice or hearing is required or warranted, and that good cause has been shown for granting the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED,** that the Settlement Agreement attached as Exhibit A to the Motion is **APPROVED** in all respects; and it is further

---

[1] All defined terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, the Trustee is authorized to sell and assign the claims identified in the complaint (the "Complaint") filed on November 30, 2017, in the above captioned case as an adversary proceeding [Adv. Proc. No: 17-000471] (the "Adversary Proceeding"), and any related claims and amended claims as may be allowed (collectively, the "Transferred Claims"), each of which shall be transferred "as-is", to Rajeev Sharma, Aryeh Davis, Avi Hoffer, Richard Wenzel, Brian Miloski, Joseph Carlin, Richard Cohen, Arthur Samberg, GreenFuel Technology LLC, Acadia Woods Partners, LLC, Samberg Family Foundation, Inc., SGNA LLC, GA Development, LLC, SAN Development Company, LLC, ZLC Investments, LLC, ALQIMI GE&F Holdings, LLC, and ALQIMI Technology Solutions, Inc. (collectively, the "Purchasers"); and it is further

**ORDERED**, that the Purchasers shall be substituted as the plaintiff named in the Adversary Proceeding with all rights of enforcement and prosecution of the claims identified therein; and it is further

**ORDERED**, that the Trustee (on behalf of the estate) and the Purchasers are authorized to fully release and waive all claims, known and unknown, against one another (but expressly excluding any claims against Dr. Robert T. Do, and other officers, directors, shareholders, members, partners, principals, managers, employees, agents, accountants, attorneys, insurers, representatives, administrators, beneficiaries, affiliates, and subsidiaries other than the Purchasers, the Trustee, and the bankruptcy estate); and it is further

**ORDERED**, that the Purchasers shall pay, and the Trustee is authorized to receive, the sum of $150,000 (the "Settlement Sum"), which shall be transferred by the Purchasers to the Trustee within two days of entry of this order; and it is further

**ORDERED**, that the Purchasers shall reimburse the Trustee and the bankruptcy estate for any and all reasonable, necessary, and agreed upon attorneys' fees and expenses incurred in

connection with the Complaint (or the Adversary Proceeding in which the Complaint was filed or other related proceeding) on or after December 1, 2017; and it is further

**ORDERED**, that the Purchasers shall waive and release the right to receive the distribution of any portion of the Settlement Sum; and it is further

**ORDERED**, that the Trustee is authorized to take actions reasonably necessary to effectuate the terms of the Settlement Agreement described in the Motion.

**ORDERED**, that the Purchasers are granted exclusive leave, standing, and authority to, at the Purchasers' option: (i) investigate, commence, prosecute, and settle any and all claims arising from, or related to, the Transferred Claims (including without limitation, the Adversary Proceeding), and (ii) enter into tolling agreements with actual or potential defendants related to any and all claims arising from, or related to, the Transferred Claims (including without limitation, the Adversary Proceeding); and it is further

**ORDERED**, that all communications among the Purchasers, the Trustee, and their respective counsel, financial advisors, agents, and representatives in connection with the investigation, prosecution, and/or settlement of the Transferred Claims (including without limitation, the Adversary Proceeding) shall remain subject to any applicable attorney-client or work product privilege and shall be deemed in furtherance of a joint-litigation strategy.

**SO ORDERED.**

<u>Copies</u>:
Paul Sweeney, Esquire
Mark Sosnowsky, Esquire
William D. Day, Esquire

**END OF ORDER**